IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| STEPHANIE L. MARCANO and EDGAR S. MARCANO, Jr., | ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) NO. 4:22-cv-00120-CDL ) |
| INFLATABLE PLAYGROUNDS AND PARY RENTALS, LLC, JOSH D. BENEFIELD, DALTON F. JOHNSON, and JACOB W. BAKER | ) ) ) ) ) |
| Defendants. | ) ) ) |

## **ORDER**

This matter is before the Court following the named parties' Consent Motion to Remand to State Court. The Parties have confirmed that Plaintiffs perfected service on Defendant Inflatable Playgrounds and Party Rentals, LLC prior to Defendant's Notice of Removal filed with this Court. As Defendant Inflatable Playgrounds and Party Rentals, LLC is a citizen of the state of Georgia, there is no complete diversity of citizenship, and this Court remands this case to the State Court of Muscogee County.

-2-

Accordingly, IT IS HEREBY ORDERED that the Consent Motion to Remand is hereby GRANTED. The clerk is DIRECTED to remand this case to the State Court of Muscogee County and to TERMINATE this action.

SO ORDERED, this 11th day of August, 2022.

                                _S/Clay D. Land
                                HONORABLE CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE